FILED

08/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0012

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0012

_____

IN THE MATTER OF THE ESTATE OF
DOUGLAS C. DOWER,

      Deceased.

O R D E R

_____

At the Court's invitation, the Business, Estates, Tax, Trust, and Real Property Section of the State Bar of Montana has submitted an amicus curiae brief concerning the issue Linda Dower raises on appeal. Because the brief was submitted after full briefing by the parties, the Court deems it appropriate to afford the parties an opportunity to respond.

IT IS THEREFORE ORDERED that each party shall have fourteen days from the date of this Order to file a brief responding to the referenced amicus curiae brief. The briefs may not exceed 5,000 words and shall be filed and served in accordance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 2 2021